IN RE RESIGNATION OF BERNABEI.

STARK COUNTY BAR ASSOCIATION *v.* BERNABEI.

[Cite as *In re Resignation of Bernabei* (1992), 65 Ohio St.3d 1202.]

(Nos. 92–1978 and 92–1705—Submitted October
13, 1992—Decided October 21, 1992.)

The resignation of Vincent J. Bernabei as an attorney, Registration No. 0016965, is accepted, effective upon his payment in full of restitution and costs.

Upon Bernabei's payment in full of restitution and costs, case No. 92–1705, *Stark Cty. Bar Assn. v. Bernabei,* will be dismissed as moot; proceedings are stayed in case No. 92–1705 pending execution of the order in case No. 92–1978.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.